# First District Court of Appeal
## State of Florida

_____

No. 1D17-4219
_____

HERROD J. BEASLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

December 11, 2018


PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herrod J. Beasley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.